IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Garnet Thomas, ) | |
| ) | C/A No. 6:15-3251-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Carolyn W. Colvin, Acting Commission of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Garnet Thomas brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and supplemental security income benefits. By order filed September 20, 2016, the case was reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further consideration.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed December 19, 2016. Counsel moves for attorneys' fees in the amount of $3,028.40. On December 30, 2016, the Commissioner filed a response informing the court that she does not oppose Plaintiff's motion.

Plaintiff's motion for fees under the EAJA (ECF No. 22) is **granted** in the amount of $3,028.40, to be paid directly to Plaintiff, as required by Astrue v. Ratliff, 130 S. Ct. 2521 (2010).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
January 4, 2017.